UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Safet Stafa, et al,

          Plaintiff(s),          Case No. 24-cv-10419

v.          Honorable Nancy G. Edmunds

Troy, City of,          Magistrate Judge Anthony P. Patti

          Defendant(s).
                                          /

## ORDER REGARDING REASSIGNMENT OF COMPANION CASE

      This case appears to be a companion case to Case No. **17-cv-11417**. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable **Mark A. Goldsmith** and Magistrate Judge _____.

                                          s/Nancy G. Edmunds
                                          Nancy G. Edmunds
                                          United States District Judge

                                          s/Mark A. Goldsmith
                                          Mark A. Goldsmith
                                          United States District Judge

      Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
      Case type: **CIVIL**

      If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: February 26, 2024          s/N. Ahmed
                                                      Deputy Clerk

cc:    Parties and/or counsel of record
       Honorable Mark A. Goldsmith